```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  NADIA AHMED
    Special Assistant United States Attorney
 3  333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, NV  89101
 4  702-388-6336/FAX #702-388-6698
 5
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Court No. 2:13-mj-0028-PAL |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | BENCH TRIAL |
| ) | |
| STEVEN A. FRALIX, ) | (First Request) |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Christopher Blakesley, Esquire, counsel for defendant **STEVEN A. FRALIX**, that the bench trial in the above-captioned matter, currently scheduled for June 5, 2013, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than September, 2013.

This stipulation is entered into for the following reasons:

1. Counsel for the government will be out of the office until late August.
2. The parties are still trying to resolve this matter and need additional time to do so.
2. Defendant is out of custody and agrees to the continuance.
3. Denial of this request for continuance could result in a miscarriage of justice.

4. There has been no previous request for continuance of the bench trial granted herein.

DATED this __8th__ day of May, 2013.

                                                      Respectfully submitted,

                                                     DANIEL G. BOGDEN
                                                     United States Attorney

/s/ Christopher Blakesley                              /s/ Nadia Ahmed

CHRISTOPHER BLAKESLEY, ESQ.            NADIA AHMED
Counsel for defendant                                    Special Assistant United States Attorney
**STEVEN A. FRALIX**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Court No. 2:13-mj-0028-PAL |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING BENCH TRIAL |
| STEVEN A. FRALIX, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the bench trial in the above-captioned matter currently scheduled for June 5, 2013, at the hour of 9:00 a.m., be vacated and continued to Weds, October 23, 2013, at the hour of 9:00 a.m.

DATED this 35y day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3